THE HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| EQR-MADISON LLC, a Delaware limited liability company, <br><br>             Plaintiff, <br><br>     v. <br><br> ANKROM MOISAN ARCHITECTS, INC., an Oregon corporation, <br><br>             Defendant. | No. 2:21−cv−00276−BJR <br><br> STIPULATED MOTION AND PROPOSED ORDER TO REMAND TO STATE COURT |

## I. STIPULATION

The parties to this action, by and through their attorneys of record, stipulate that the above-caption action shall be remanded to state court.

DATED this 18th day of March, 2021.

STIPULATED MOTION AND PROPOSED ORDER TO REMAND TO STATE COURT- 1

**CASE NO. 2:21−cv−00276−BJR**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

1 | HARPER | HAYES PLLC

2 | By: /s/ *Todd C. Hayes*
Todd C. Hayes, WSBA No. 26361
3 | 600 University Street, Suite 2420
Seattle, WA  98101
4 | 206.340.8010
todd@harperhayes.com
5 | Attorneys for Plaintiff

DAVIS ROTHWELL EARLE & XOCHIHUA

By:  /s/ *Samuel K. Anderson*
Samuel K. Anderson, WSBA No. 42778
200 SW Market St., Suite 1800
Portland, OR 97201
503.222.4422
sanderson@davisrothwell.com
Attorneys for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND PROPOSED ORDER TO
REMAND TO STATE COURT- 2

**CASE NO. 2:21−cv−00276−BJR**

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

**II. ORDER**

Based on the above stipulation, IT IS ORDERED:

1. The above-captioned action shall be remanded to state court; and

2. No costs are awarded to either party.

DONE IN OPEN COURT this 18th day of March, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

HARPER | HAYES PLLC

By: /s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    Attorneys for Plaintiff EQR-Madison LLC

DAVIS ROTHWELL EARLE & XOCHIHUA

By: /s/ *Samuel K. Anderson*
    Samuel K. Anderson, WSBA No. 42778
    Attorneys for Defendant Ankrom Moisan Architects, Inc.

STIPULATED MOTION AND PROPOSED ORDER TO REMAND TO STATE COURT- 3

**CASE NO. 2:21−cv−00276−BJR**

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010